UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

CINDY DAVIS,

                         Plaintiff,

      -against-                                 6:09-CV-186 (LEK/GHL)

MICHAEL J. ASTRUE,
*Commissioner of Social Security,*

                         Defendant.

## <u>DECISION AND ORDER</u>

      This matter comes before the Court following a Report-Recommendation filed on June 3, 2010, by the Honorable George H. Lowe, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(c) of the Northern District of New York. Report-Rec. (Dkt. No. 15).

      Within fourteen days after a party has been served with a copy of a magistrate judge's Report-Recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations." FED. R. CIV. P. 72(b), in compliance with L.R. 72.1 of the Northern District of New York. No objections have been raised in the allotted time with respect to Magistrate Judge Lowe's Report-Recommendation. Furthermore, after examining the record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

      Accordingly, it is hereby

      **ORDERED**, that the Report-Recommendation (Dkt. No. 15) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

      **ORDERED**, that the Commissioner's determination of no disability is **VACATED**, and

the matter is **REMANDED** for further administrative proceedings; and it is further

    **ORDERED**, that the Clerk serve a copy of this Order on all parties.

    **IT IS SO ORDERED**.

DATED:    June 21, 2010
             Albany, New York

                              Lawrence E. Kahn
                              U.S. District Judge